[No. 40021-5-I.   Division One.   January 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL DORSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02145-6, JoAnne Alumbaugh, J., entered January 9, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 40056-8-I.   Division One.   January 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ARRAICK PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-05496-4, Michael Hayden, J., entered January 6, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40157-2-I.   Division One.   January 26, 1998.]

*In the Matter of the Estate of* K. WILLIAM EDMARK

TOMIMA L. EDMARK, ET AL., *Appellants*, v. BARRY KITTOE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-4-01705-2, John M. Darrah, J., entered December 31, 1996. *Dismissed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Agid, J.

[No. 40176-9-I.   Division One.   January 26, 1998.]

*In the Matter of the Marriage of* DORIS BATTON, *Respondent*, and THOMAS JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81-3-07861-5, Joanne Alumbaugh, J., entered January 6, 1997. *Remanded* by unpublished per curiam opinion.